UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JOSEPH AMADO CALZADA, JR.,

    Plaintiff,

v.

No. 5:19-CV-211

TEXAS CIVIL COMMITMENT
CENTER,

    Defendant.

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Calzada filed this Section 1983 action on October 3, 2019, alleging that the Texas Civil Commitment Center violated his Constitutional rights by confining him under harsh conditions of imprisonment. Dkt. No. 1. United States Magistrate Judge D. Gordon Bryant found that Calzada neither paid the filing fee nor filed an application to proceed in forma pauperis, and Judge Bryant recommended that the Court dismiss Calzada's complaint without prejudice for want of prosecution. Dkt. No. 8. No objections to Judge Bryant's report and recommendation were filed. The Court has examined the record and reviewed the findings, conclusions, and recommendation for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Calzada's complaint and the claims within it are therefore dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

All relief not expressly granted and any pending motions are denied.

So ordered on January 7, 2020.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE